UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK M.[1],

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

Case No.: 2:25-cv-12421

Honorable Susan K. DeClercq
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**OPINION AND ORDER REVERSING AND REMANDING THE CASE TO
THE COMMISIONER PER THE PARTIES' STIPUATION, DENYING
THE MOTION FOR SUMMARY JUDGMENT AS MOOT (ECF No. 13),
AND CLOSING THE CASE**

On April 6, 2026, the Parties stipulated that this Court should enter an order

reversing and remanding the case to the Commissioner for further administrative

action, pursuant to sentence four of 42 U.S.C. § 405(g). Having reviewed the

stipulation, § 405(g), and being otherwise apprised of the premises:

It is **ORDERED** that this case is **REVERSED AND REMANDED** on the

merits to the Commissioner for further proceedings under sentence four of

§ 405(g) to permit the Administrative Law Judge to give further consideration to

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases, the Eastern District of Michigan has adopted a policy to identify plaintiffs in Social Security cases by only their first names and last initials. *See also* FED. R. CIV. P. 5.2(c)(2)(B).

the medical opinion evidence. On remand, the Administrative Law Judge will further consider Plaintiff's claim, take any further action necessary to complete the administrative record, and issue a new decision.

**This is a final order and closes the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 8, 2026

Stipulated by:

| | |
|---|---|
| /s/ *Kelly L. Nizzari* | /s/ *Eddy Pierre Pierre*[2] |
| Kelly L. Nizzari | Eddy Pierre Pierre |
| Special Assistant United States Attorney | Pierre Pierre Law, P.C. |
| Law & Policy, Program Litigation 4 | 4750 Venture Drive |
| Social Security Administration | Suite 400 |
| 6401 Security Boulevard | Ann Arbor, MI 48108 |
| Baltimore, MD 21235 | Phone: (646) 992-8383 |
| Phone: (410) 965-0247 | Fax: (718) 504-6962 |
| Email: Kelly.L.Nizzari@ssa.gov | Email: |
| Local Counsel: | epierre2@pierrepierrelaw.com |
| Zak Toomey; Bar No. MO 61618 | |
| Assistant United States Attorney | ***Counsel for Plaintiff*** |
| 211 West Fort Street, Suite 2001 | |
| Detroit, MI 48226 | Dated: April 6, 2026 |
| Phone: (313) 226-9628 | |
| Email: usamie.ecfcivildcu@usdoj.gov | |

***Counsel for Defendant***

---

[2] Signed by Kelly Nizzari with consent, obtained by email on April 3, 2026.